**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| SERGIO RODRIGUEZ,<br><br>*Plaintiff*,<br><br>v.<br><br>CAPTAIN WILLIAM DULL, in his official capacity as Commanding Officer of Naval Submarine Base Kings Bay, and<br><br>SCOTT BASSETT, in his official capacity as Public Affairs Officer for Naval Submarine Base Kings Bay,<br><br>*Defendants*. | Civil Action No. 2:25-cv-408-RBS-LRL |

**JOINT NOTICE OF SETTLEMENT**

Pursuant to Paragraph 10 of the Court's Rule 16(b) Scheduling Order (ECF No. 28), Defendants, Captain William Dull, in his official capacity as Commanding Officer of Naval Submarine Base Kings Bay, and Scott Bassett, in his official capacity as Public Affairs Officer for Naval Submarine Base Kings Bay, and Plaintiff, Sergio Rodriguez, by counsel, jointly advise the Court that the above-captioned action has been settled. A proposed dismissal order is attached for the Court's consideration.

[*Joint signature page to follow*.]

Respectfully submitted,

TODD W. BLANCHE
Attorney General

THEOPHANI K. STAMOS
First Assistant U.S. Attorney

By: */s/ Daniel P. Shean*

Daniel P. Shean, Assistant U.S. Attorney
Virginia State Bar No. 84432
Counsel for Defendants
Office of the United States Attorney
101 W. Main Street, Suite 8000
Norfolk, Virginia 23510-1671
Telephone: (757) 441-6331
Facsimile: (757) 441-6689
Email: Daniel.Shean@usdoj.gov

SERGIO RODRIGUEZ
Plaintiff

By: */s/ Michael A. Petrino*

Michael A. Petrino, Esq.
Virginia State Bar No. 77187
Michelle A. Scott, Esq.
*Pro Hac Vice*
Counsel for Plaintiff
Center for Individual Rights
1100 Connecticut Ave., N.W., Suite 625
Washington, D.C. 20036
Telephone: (202) 833-8400
Email: petrino@cir-usa.org
Email: scott@cir-usa.org