**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| SERGIO RODRIGUEZ,<br><br>*Plaintiff*,<br><br>v.<br><br>CAPTAIN WILLIAM DULL, in his official capacity as Commanding Officer of Naval Submarine Base Kings Bay, and<br><br>SCOTT BASSETT, in his official capacity as Public Affairs Officer for Naval Submarine Base Kings Bay,<br><br>*Defendants*. | Civil Action No. 2:25-cv-408-RBS-LRL |

**DISMISSAL ORDER**

The parties having appeared by counsel representing that the above-captioned action has been resolved and that the parties have entered into a Settlement Agreement, it is hereby **ORDERED** that this action, and the claim of Plaintiff, Sergio Rodriguez, is hereby **DISMISSED WITH PREJUDICE**, and without attorney's fees, costs, expenses, or interest.

It is so **ORDERED**.

Date: August ___, 2026 at Norfolk, Virginia

________________________________________
HONORABLE REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

**WE ASK FOR THIS:**

TODD W. BLANCHE
Attorney General

THEOPHANI K. STAMOS
First Assistant U.S. Attorney

*/s/ Daniel P. Shean*

Daniel P. Shean, Assistant U.S. Attorney
Virginia State Bar No. 84432
Counsel for Defendants
Office of the United States Attorney
101 W. Main Street, Suite 8000
Norfolk, Virginia 23510-1671
Telephone: (757) 441-6331
Facsimile: (757) 441-6689
Email: Daniel.Shean@usdoj.gov

SERGIO RODRIGUEZ
Plaintiff

*/s/ Michael A. Petrino*

Michael A. Petrino, Esq.
Virginia State Bar No. 77187
Michelle A. Scott, Esq.
*Pro Hac Vice*
Counsel for Plaintiff
Center for Individual Rights
1100 Connecticut Ave., N.W., Suite 625
Washington, D.C. 20036
Telephone: (202) 833-8400
Email: petrino@cir-usa.org
Email: scott@cir-usa.org